IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHONE LEE SMITH, | No. CIV S-08-0506-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| J. TORREZ, et al., | |
| Defendants | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for additional time to file an amended complaint.

On May 15, 2008, the court issued an order explaining to plaintiff that his complaint stated a claim against defendant Torrez, but failed to indicate how any of the "other officers" were involved in the alleged assault of plaintiff. The court therefore gave plaintiff the option of filing an amended complaint to attempt to connect the actions of these other officers to the alleged assault. However, the court also explained that no amended complaint is necessary for this case to proceed against defendant Torrez. An amended complaint is only necessary if plaintiff wishes to include any other officers in this complaint.

1

1  Plaintiff now claims he needs additional time because the prison is in lockdown
2  and he has limited access to the law library.  Plaintiff's request will be granted.  However,
3  plaintiff is advised that pursuant to Rule 8 of the Federal Rules of Civil Procedure, a complaint
4  must contain "a short and plain statement of the claim" showing he is entitled to relief.  A
5  complaint need only allege the facts connecting the named defendants to the alleged
6  constitutional violation.  Access to the law library is not necessary for plaintiff to set forth in an
7  amended complaint how the additional defendants were connected to the alleged assault.
8  Accordingly, IT IS HEREBY ORDERED that:
9  1. Plaintiff may file an amended complaint within 30 days of the date of
10 service of this order; and
11 2. If no amended complaint is received within the time set forth above, this
12 case will proceed on the original complaint as against defendant Torrez.

DATED: June 2, 2008

  _____
  **CRAIG M. KELLISON**
  UNITED STATES MAGISTRATE JUDGE