**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DESHONE LEE SMITH,                          No. CIV S-08-0506-LKK-CMK-P

        Plaintiff,

   vs.                                                      <u>ORDER</u>

J. TORREZ, et al.,

        Defendants

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's amended complaint (Doc. 15). The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  <u>See</u> 28 U.S.C. § 1915A(a).

        Plaintiff claims he suffered from the use of excessive force in violation of his Eighth Amendment rights.  He alleges defendant Torrez assaulted him while he was in a holding cell, punching him in the face and "striking [him] in the upper torso area several times with his fists."  Plaintiff's amended complaint also alleges some involvement by other officers, however, as discussed in the findings and recommendations issued separately, the amended complaint fails to state a claim against these other individuals.

1

1    The amended complaint appears to state a cognizable claim for relief pursuant to

2    42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations are proven, plaintiff has a

3    reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that

4    service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.

5    Plaintiff is informed, however, that this action cannot proceed further until plaintiff complies

6    with this order.  Plaintiff is warned that failure to comply with this order may result in dismissal

7    of the action.  See Local Rule 11-110.

8        Accordingly, IT IS HEREBY ORDERED that:

9        1.    The court authorizes service on the following defendant(s):  Officer J.

10            Torrez.

11        2.    The Clerk of the Court shall send plaintiff one USM-285 form for each

12    defendant identified above, one summons, an instruction sheet, and a copy of the amended

13    complaint; and

14        3.    Within 30 days of the date of service of this order, plaintiff shall complete

15    the attached Notice of Submission of Documents and submit the following documents to the

16    court:

17            a.    The completed Notice of Submission of Documents;

18            b.    One completed summons;

19            c.    One completed USM-285 form(s); and

20            d.    Two copies of the endorsed amended complaint.

21

22    DATED:  October 24, 2008

23

24    CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

25

26

1

2

3

4

5

6                     **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

8

9   DESHONE LEE SMITH,                    No. CIV S-08-0506-LKK-CMK-P

10             Plaintiff,

11       vs.                              <u>ORDER</u>

12   J. TORREZ, et al.,

13             Defendants

14

15   _____/

16                     <u>NOTICE OF SUBMISSION OF DOCUMENTS</u>

17             Plaintiff hereby submits the following documents in compliance with the court's

18   order:

19             <u>  1  </u>          completed summons form;

20             _____          completed USM-285 form(s); and

21             _____          copies of the amended complaint.

22

23   DATED: _____          _____

24                                         Plaintiff

25

26

3