IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DESHONE LEE SMITH, | | No. CIV S-08-0506-LKK-CMK-P |
| Plaintiff, | | |
| vs. | | ORDER |
| J. TORREZ, et al., | | |
| Defendants | | |
| _____/ | | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's requests for additional time to file objections to the Findings and Recommendations (Docs. 24, 27) and additional time to submit documents for service of process for defendant Torrez (Doc. 25).

        On October 29, 2008, the undersigned issued Findings and Recommendations recommending the dismissal of defendants Stewart, Abshire, Pollard, Ziebert, Drennan, Parker and Costa from this action for failure to state a claim.  Plaintiff was given 20 days to file written objections to this recommendation.  Belatedly, plaintiff has requested an extension of time.  He indicates that he was hospitalized during this objection period and did not receive the court's order.  Accordingly, plaintiff will be grated an additional 20 days to file his objections to the

1

dismissal of these defendants.

On October 27, 2008, the court authorized service on defendant Torrez. Plaintiff was provided the necessary service documents to complete and return to the court to facilitate service of process against this defendant. However, also due to plaintiff's hospitalization, he did not receive the order in time to comply. He filed his request for additional time to complete the forms on December 15, 2008. Then on December 18, 2008, plaintiff submitted the necessary documents to complete service on defendant Torrez. Accordingly, plaintiff is no longer in need of additional time in which to provide the service documents to the court, and his request will be denied as moot. Service on defendant Torrez will be addressed by separate order.

Plaintiff is reminded that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's requests for additional time to file objections to the October 29, 2008, Findings and Recommendations (Docs. 24, 27) are granted;

2. Within 20 days from the date of service of this order, plaintiff may file written objections to the Findings and Recommendations; and

3. Plaintiff's request for additional time to submit service documents for defendant Torres is denied as moot.

DATED: December 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE