IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DESHONE LEE SMITH,　　　　　　　　　No. CIV S-08-0506-LKK-CMK-P

　　　　Plaintiff,

　　vs.　　　　　　　　　　　　　　　ORDER

J. TORREZ, et al.,

　　　　Defendants

_____/

　　　Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　On October 29, 2008, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Plaintiff timely filed a document titled "objections," although it appears that plaintiff does not actually object to the Magistrate Judge's findings and recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper

1

analysis.

Moreover, plaintiff's "objections" to the findings and recommendations appear to accept their reasoning, and plaintiff states that he "request[s] to dismiss the named defendants" except for defendant Torrez.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 29, 2008, are adopted in full;

2. Defendants Stewart, Abshire, Pollard, Ziebert, Drennan, Parker and Costa are dismissed from this action;

2. The Clerk of the Court is directed to terminate Stormes, Kim, Abrams, and Baubach as defendants on the docket as they are not named as defendants in the amended complaint;

3. The Clerk of the Court is directed to correct the spelling of defendant Drennan's name on the docket; and

4. This action proceeds against defendant Torrez only.

DATED: March 16, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT