IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESHONE LEE SMITH,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**J. TORREZ, et al.,**<br><br>　　　　　　　　　Defendant. | Case No. 2:08-CV-0506 LKK CMK P<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

　　Defendant's first request for an extension of time to respond to Plaintiff's complaint was considered by this Court and, good cause appearing,

　　IT IS HEREBY ORDERED that Defendant has a thirty-day extension, from the date of service of this order, to respond to Plaintiff's complaint.

　　March 25, 2009　　　　　　　　　　s/s  Craig M. Kellison
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

[Proposed] Order Granting Extension of Time to Respond to Complaint (2:08-CV-0506 LKK CMK P)

PDF created with pdfFactory trial version www.pdffactory.com